JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Esther Garcia, <br><br>         Plaintiff, <br><br>     vs. <br><br> Martin O'Malley, Commissioner of Social Security[1], <br><br>         Defendant. | Case No. 1:23-cv-01593-BAM <br><br> STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from February 12, 2024 to April 12, 2024, for Plaintiff to serve on defendant with PLAINTIFF'S

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

MOTION FOR SUMMARY JUDGMENT. All other dates in the Court's Scheduling Order shall be extended accordingly.

     This is Plaintiff's first request for an extension of time. Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the weeks of February 12, 2024 and February 19, 2024 Counsel has fourteen Merit briefs due. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                              Respectfully submitted,

Dated: January 25, 2024       PENA & BROMBERG, ATTORNEYS AT LAW

                            By: */s/ Jonathan Omar Pena*
                                JONATHAN OMAR PENA
                                Attorneys for Plaintiff

Dated: January 25, 2024      PHILLIP A. TALBERT
                               United States Attorney
                               MATHEW W. PILE
                               Associate General Counsel
                               Office of Program Litigation
                               Social Security Administration

                            By: **/s/ Oscar Gonzalez de Llano*
                                Oscar Gonzalez de Llano
                                Special Assistant United States Attorney
                                Attorneys for Defendant
                                (*As authorized by email on January 25, 2024)

# ORDER

Pursuant to stipulation and good cause appearing, Plaintiff shall have a 60-day extension of time, from February 12, 2024, to **April 12, 2024**, to file and serve Defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT. All other dates in the Court's Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **January 26, 2024**            /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE