*PHILLIP TALBERT
United States Attorney
MATHEW W. PILE, WSBA No. 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARY TSAI, CSBN 216963
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, MD 21235
      Telephone: 510-970-4864
      Facsimile: (415) 744-0134
      E-Mail: mary.tsai@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ESTHER GARCIA,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:23-cv-01593-JLT-BAM<br><br>STIPULATION FOR AN EXTENSION OF TIME; [PROPOSED] ORDER |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's motion for summary judgment be extended twenty-five (25) days from May 13, 2024, up to and including June 7, 2024.  This is the parties' second stipulation for an extension of the Court's Scheduling Order, and Defendant's first extension.

    This is Defendant's first request for an extension, and it is made with good cause.  This case was recently reassigned to undersigned counsel for Defendant, along with two other briefs, all of which are due when undersigned counsel for Defendant is on pre-scheduled leave.  Thus,

1  Defendant requires an extension in this case, and may require extensions in other cases, and
2  requests this extension in good faith and with no intent to delay these proceedings unnecessarily.
3        The parties further stipulate that the Court's Scheduling Order shall be modified
4  accordingly.

Respectfully submitted,

Dated:  April 19, 2024      */s/  Jonathan Omar Pena*\*  
                                   JONATHAN OMAR PENA  
                                   Attorney for Plaintiff  
                                   *\*as authorized via e-mail on April 19, 2024*

Dated: April 19, 2024      PHILLIP TALBERT  
                                   United States Attorney  
                                   MATHEW W. PILE  
                                   Associate General Counsel  
                                   Office of Program Litigation, Office 7  
                                   Social Security Administration

                    By:    */s/  Mary Tsai*  
                                   MARY TSAI  
                                   Special Assistant U.S. Attorney

                                   Attorneys for Defendant

# ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including June 7, 2024, to respond to Plaintiff's motion for summary judgment.

IT IS SO ORDERED.

Dated:   **April 22, 2024**                    /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE